Appeals denied. Present — Lazansky, P. J., Hagarty, Adel and Close, JJ.; Carswell, J., not voting.

LUCY ANDERSON, Appellant, v. TITLE GUARANTEE AND TRUST COMPANY, Respondent.— In view of the decision in *Frederici* v. *Title Guarantee & Trust Co.* (*ante*, p. 432), decided herewith, the motion for reargument is denied. The motion for leave to appeal to the Court of Appeals is granted. [See 248 App. Div. 895.] The following questions are certified: 1. Was the Bond and Mortgage Guarantee Company regulated and limited, after the effective date of the amendment to section 170 of the Insurance Law by chapter 290 of the Laws of 1929, to guarantees of payments of principal and interest of mortgages on improved and unencumbered real property worth at least fifty per cent more than the amount of the loan thereon? 2. Upon the concession that there is no issue of fact based on oral representations, to be tried, should the motion for summary judgment herein have been granted on the facts shown on the record? Present — Lazansky, P. J., Hagarty, Carswell, Davis and Johnston, JJ.

MARY EMMA CALHOUN, Appellant, v. ELENA GILDERSLEEVE and Others, Defendants; EDITH BAKER, Respondent.— Motion for reargument and for other relief denied, without costs. Motion for leave to appeal to the Court of Appeals denied. Present — Lazansky, P. J., Hagarty, Carswell, Adel and Close, JJ.

CENTRAL HANOVER BANK AND TRUST COMPANY, etc., as Trustee under the Last Will and Testament of SELMAR HESS, Deceased, of the Trusts Created Thereby for the Benefit of GERTRUDE R. H. ELKUS and RUTH HESS ALBERT, Appellant, v. CLARA EISNER and Others, Defendants; THE CHASE NATIONAL BANK OF THE CITY OF NEW YORK and JOSEPH ROE (Sometimes Known as JOSEPH A. ROSE) as Trustees under the Last Will and Testament of BETTY SATZ, etc., Deceased, in Trust for CLARA EISNER, Respondents.— Motion for reargument denied, without costs. Motion for leave to appeal to the Court of Appeals denied. Present — Lazansky, P. J., Hagarty, Carswell, Adel and Close, JJ.

In the Matter of the Application of the BOARD OF SUPERVISORS OF THE COUNTY OF ROCKLAND, Relative to Acquiring Title to Certain Real Property in Said County for Highway Purposes for the Highway Known as Pearl River-Nanuet Highway 9006. BOARD OF SUPERVISORS, COUNTY OF ROCKLAND, Appellant; ROSE LEO, Respondent.— Motion for leave to appeal to the Court of Appeals denied. Present — Lazansky, P. J., Hagarty, Carswell, Adel and Close, JJ.

In the Matter of the Application of THE CITY OF NEW YORK, Acting by and Through the Commissioner of Docks, Relative to Acquiring Right and Title to and Possession of Certain Lands, etc., that Are Not Now Owned by The City of New York, Together with the Riparian, Franchise and Incorporeal Rights Appurtenant to Such Lands Situated Along the Northerly Shore of Jamaica Bay in the Boroughs of Brooklyn and Queens, in The City of New York, etc., for the Improvement of the Waterfront of The City of New York, Pursuant to a Plan Heretofore Determined upon by the Commissioner of Docks and Approved by the Commissioners of the Sinking Fund. Parcel 10. HARRY A. HANBURY, Appellant; THE CITY OF NEW YORK, Respondent.— Motion for reargument denied. Motion for leave to appeal to the Court of Appeals granted. [See *ante*, p. 124.] Present — Lazansky, P. J., Hagarty, Carswell, Adel and Close, JJ.

In the Matter of the Application of THE CITY OF NEW YORK, Acting by and Through the Commissioner of Docks, Relative to Acquiring Right and Title to